No. 11–1154.  RETRACTABLE TECHNOLOGIES, INC., ET AL. v. BECTON, DICKINSON & CO.; and

No. 11–1278. BECTON, DICKINSON & CO. v. RETRACTABLE TECHNOLOGIES, INC., ET AL. C. A. Fed. Cir. Certiorari denied. Reported below: 653 F. 3d 1296.